IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:97cr88 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONETTE BEASLEY, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Ronette Beasley appeared before the court on August 10, 200 on a Petition for Summons for Offender Under Supervision [137]. The defendant was represented by Assistant Federal Defender David O'Neill and the United States was represented by Assistant U.S. Attorney Robert Cryne. The defendant denied all allegations. The government did not move for detention. The defendant was released on current conditions of supervision.

IT IS ORDERED:

1.  The Federal Public Defender is appointed to represent the above named defendant.

2.  A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 2:00 p.m., on September 15, 2006.** Defendant must be present in person.

3.  Defendant is released on current conditions of supervision.

Dated this 10th day of August, 2006.

BY THE COURT:

 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge