UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA
                    Plaintiff

v.                                          Case Number 8:97cr88-002

                                            USM Number 15142-047

RONETTE BEASLEY
                    Defendant

                                    DAVID M.  O'NEILL

                                    Defendant's Attorney

_____

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

THE DEFENDANT admitted guilt to violation of the mandatory condition which
states the defendant shall not commit another federal, state or local crime,
and standard condition 3 of the term of supervision.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the
following offenses:

| Violation No. | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | Cited for property damages less than $100.00 | September 6, 2005 |
| 3 | Cited for driving under suspension | July 11, 2005 |
| 4 | Failure to submit monthly reports | Ongoing |

The defendant is sentenced as provided in pages 2 through 8 of this judgment.  The
sentence is imposed pursuant to the Sentencing Reform Act of 1984 and Booker/FanFan
decisions.

Allegations 1, 5 and 6 are dismissed on the motion of the United States as to this
defendant only.

Following the imposition of sentence, the Court advised the defendant of her right
to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of
18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of
this Court within ten (10) days of this date.

IT IS ORDERED that the defendant shall notify the United States Attorney for this
district within 30 days of any change of name, residence, or mailing address until
all fines, restitution, costs and special assessments imposed by this judgment are
fully paid.  If ordered to pay restitution, the defendant shall notify the court and
United States attorney of any material change in the defendant's economic
circumstances.

Date of Imposition of Sentence:
October 11, 2006

s/Joseph F. Bataillon
United States District Judge

October 16,2006

Defendant: Ronette G. Beasley                     Judgment-Page 2 of 7
Case Number: 8:97CR88-2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States
Bureau of Prisons to be imprisoned for a term of **time served.**

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day
of _____, 20_____.

_____
                                    Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the
_____ day of _____, 20_____ to
_____ with a certified copy of this
judgment.

_____
                                    UNITED STATES WARDEN

                   By: _____

**NOTE:  The following certificate must also be completed if the
defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon
the defendant this _____ day of _____, ____.

_____
                                    UNITED STATES WARDEN

                   By: _____

Defendant: Robert E. Beardsley                                    Judgment—Page 3 of 7
Case Number: 8:97CR88-2

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall continue the current term of supervised release for a term of five (5) years; which is scheduled to be terminate on November 21, 2006.

While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page.)   If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release.   The defendant shall comply with the following additional conditions:

1.   Paragraph #8 of the Standard Conditions of Supervision is modified, i.e., instead of merely refraining from excessive use of alcohol, the defendant shall not purchase or possess, use, distribute or administer any alcohol, just the same as any other narcotic or controlled substance.

2.   The defendant shall be subject to the search of the defendant's premises, vehicle or person, day or night, with or without a warrant, at the request of the United States Probation officer to determine the presence of alcohol and/or controlled substances, firearms or any other contraband.   Any such items found may be seized by the United States Probation officer.   This condition may be invoked with or without the cooperation of law enforcement officers.

3.   The defendant shall attend, pay for and successfully complete any diagnostic evaluation, treatment or counseling program, or approved support groups (e.g., AA/NA) for alcohol and/or controlled substance abuse, as directed by the United States Probation officer.

4.   The defendant shall not possess a dangerous weapon.

5.   The defendant shall pay for, attend and participate in an inpatient or outpatient mental health program, as directed by the United States Probation officer.

6.   The defendant shall provide the United States Probation officer with access to any requested financial information.

7.   Pursuant to 18 U.S.C. § 3583(d), the defendant shall submit to a drug test within fifteen (15) days of release on supervised release and at least two (2) periodic drug tests thereafter to determine whether the defendant is using a controlled substance. Further, the defendant shall submit to such testing as requested by any United States Probation officer to detect the presence of alcohol or controlled substances in the defendant's body fluids and to determine whether the defendant has used any of those substances.   The defendant shall pay for the collection of urine samples to be tested for the presence of alcohol and/or

controlled substances.

Defendant: Ronette Beasley                          Judgment-Page 4of 7
Case Number: 8:97CR88-2

8.   The defendant shall enter and participate in a community
confinement program, in the community correction's component with
     work release for a period of **six (6)** days or until discharged by
     the United States Probation Office pursuant to 18 U.S.S.G.
     3563(b)(11).

9.   The defendant shall report to the Supervision Unit of the United
     States Probation Office for the District of Nebraska between the
     hours of 8:00 a.m. and 4:30 p.m., 111 South 18th Plaza, Room, C79
     Omaha, Nebraska, (402) 661-7555, within seventy-two (72) hours of
     release from confinement.

### STANDARD CONDITIONS OF SUPERVISION


     While the defendant is on probation or supervised release
pursuant to this Judgment:

1)   the defendant shall not commit another Federal, state or local
     crime;
2)   the defendant shall not leave the judicial district without the
     permission of the court or probation officer;
3)   the defendant shall report to the probation officer as directed
     by the court or the probation officer and shall submit a truthful
     and complete written report within the first five days of each
     month;
4)   the defendant shall answer truthfully all inquiries by the
     probation officer and follow the instructions of the probation
     officer;
5)   the defendant shall support his or her dependents and meet other
     family responsibilities (including, but not limited to, complying
     with the terms of any court order or administrative process
     pursuant to the law of a state, the District of Columbia, or any
     other possession or territory of the United States requiring
     payments by the defendant for the support and maintenance of any
     child or of a child and the parent with whom the child is
     living);
6)   the defendant shall work regularly at a lawful occupation unless
     excused by the probation officer for schooling, training, or
     other acceptable reasons;
7)   the defendant shall notify the probation officer at least ten
     days prior to any change in residence or employment;
8)   the defendant shall refrain from excessive use of alcohol and
     shall not purchase, possess, use, distribute, or administer any
     narcotic or other controlled substance, or any paraphernalia
     related to such substances, except as prescribed by a physician;
9)   the defendant shall not frequent places where controlled
     substances are illegally sold, used, distributed, or administered
     or other places as specified by the court;
10)  the defendant shall not associate with any persons engaged in
     criminal activity, and shall not associate with any person
     convicted of a felony unless granted permission to do so by the
     probation officer;

11) the defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the

Defendant: Ronette Beasley                    Judgment-Page 5 of 7
Case Number: 8:97CR88-2

probation officer;

12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14) as directed by the probation officer, the defendant shall notify third parties of the risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirements;

15) the defendant shall not own, possess or control any firearms or ammunition, destructive devices or dangerous weapons;

16) the defendant shall pay any special assessment, fine, or restitution obligation imposed by this judgment that remains unpaid at the commencement of the term of probation or supervised release in accordance with the payment schedule of criminal monetary penalties set forth in this judgment; and

17) the defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

These conditions are in addition to any other conditions imposed by this Judgment.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

|          | **Assessment** | **Fine** | **Restitution** |
|----------|----------------|----------|-----------------|
| Totals:  | $100.00        | $        | $               |

If applicable, restitution amount ordered
pursuant to plea agreement. . . . . . . . . . . . . $

(X)  The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

   (X)  The interest requirement is waived.
   ()  The interest requirement is modified as follows:

## RESTITUTION

()  The determination of restitution is deferred until _____.  An Amended Judgment in a Criminal Case will be entered after such determination.

()  The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

**Priority Order or Percentage**

| **Name of Payee** | **\*\*Total Amount of Loss** | **Amount of Restitution Ordered** | **Payment** |
|-------------------|------------------------------|-----------------------------------|-------------|
|                   |                              |                                   |             |
| **Totals**        | $                            | $                                 |             |

    \*\*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for Offenses committed on or after September 13, 1994 but before April 23, 1996.
8

Defendant: Robert C. Bearley                          Judgment-Page 7 of 7
Case Number: 8:97CR88-2

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   (X)   in full immediately; or
B   ()    $_____ immediately, balance due (in accordance with C,D, or E); or
C   ()    not later than _____; or
D   ()    in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or
E   ()    in _____ (e.g. equal, weekly, monthly, quarterly) installments of $_____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

All financial penalty payments are to be made to the Clerk of Court for the District of Nebraska, 111 South 18th Plaza, Suite 1152, Omaha, NE 68102.

**Special instructions regarding the payment of criminal monetary penalties:**

()   The defendant shall pay the cost of prosecution.

()   The defendant shall pay the following court cost(s):

()   The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.
CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk